Eastern District of Kentucky
**F I L E D**

MAR 2 1 2019

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 6:19-CR-17-REW

TRAVIS MILLS,
JAMES MILLS, and
GRETCHEN DELPH

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

On or about a date in December of 2017, the exact date unknown, and continuing through on or about September 12, 2018, in Knox County, in the Eastern District of Kentucky, and elsewhere,

**TRAVIS MILLS,
JAMES MILLS, and
GRETCHEN DELPH**

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about June 19, 2018, in Knox County, in the Eastern District of Kentucky,

**TRAVIS MILLS**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about June 27, 2018, in Knox County, in the Eastern District of Kentucky,

**TRAVIS MILLS**

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about July 3, 2018, in Knox County, in the Eastern District of Kentucky,

**JAMES MILLS and**
**GRETCHEN DELPH,**

aided and abetted by each other, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about September 12, 2018, in Knox County, in the Eastern District of Kentucky,

**TRAVIS MILLS and
GRETCHEN DELPH**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In the commission of the offenses alleged in Counts 1, 2, 3, and 5 of this Indictment, each punishable by imprisonment for more than one year, **TRAVIS MILLS** used and intended to use the below-described property to commit and facilitate the said controlled substance violations and the below described property constitutes and is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following:

1. A 2012 Yellow Chevrolet Camaro with Kentucky license plate number 687XZC and VIN 2G1FC1E34C9127878 seized from Travis Mills on September 12, 2018.

2. A Polaris Razor seized from Travis Mills on September 12, 2018.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **TRAVIS MILLS** has in the above-described property is vested in the United

States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

## A TRUE BILL

*[signature]*

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1, 3, 4, and 5

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If Prior Final Serious Drug Felony Conviction:**
> Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.
>
> **If Two Prior Final Serious Drug Felony Convictions:**
> Not less than 25 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

### COUNT 2

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:**     Forfeiture of all listed property.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.